**Order entered July 11, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00449-CV

### IN THE INTEREST OF L.W.G., A MINOR CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-03769-Z**

### ORDER

As directed to do so, appellant has filed written verification of payment for the reporter's record. Accordingly, we **ORDER** Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file the record no later than August 5, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finkley and the parties.

/s/     CRAIG SMITH
        JUSTICE